JUDGMENT

FILED: February 2, 2001

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 99-1299
CA-96-235-1

ROGER EDMONSON

       Plaintiff - Appellee

v.

AMERICAN MOTORCYCLE ASSOCIATION, INCORPORATED, a/k/a
American Motorcyclist Association, an Ohio not for profit
Corporation; PARADAMA PRODUCTIONS, INCORPORATED, d/b/a AMA
Pro Racing, an Ohio Corporation

       Defendants - Appellants

---

Appeal from the United States District Court for the
Western District of North Carolina at Asheville

---

In accordance with the written opinion of this Court filed this day, the Court affirms in part and vacates in part the judgment of the District Court. The case is remanded to the United States District Court for the Western District of North Carolina at Asheville for proceedings consistent with the opinion of this Court filed herewith.

                               /s/ Patricia S. Connor
                                     CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY: _____
    Deputy Clerk