LH7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
2001 JUN -7 AM 11: 47
U.S. DISTRICT COURT
W. DIST. OF N.C.

Civil Action No. 1:96cv235-T

| | |
|---|---|
| ROGER EDMONDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN MOTORCYCLE ) <br> ASSOCIATION, INC., an Ohio ) <br> not for profit Corporation, a/k/a ) <br> AMERICAN MOTORCYCLIST ) <br> ASSOCIATION, and PARADAMA ) <br> PRODUCTIONS, INC., an Ohio ) <br> Corporation, d/b/a AMA PRO ) <br> RACING, ) <br> ) <br> Defendants. ) | **SETTLEMENT AGREEMENT** |

THIS AGREEMENT is made by and between Roger Edmondson (hereinafter "Plaintiff") and American Motorcycle Association, Inc. and Paradama Productions, Inc. (hereinafter "Defendants") for the purpose of compromising and settling all claims which the Plaintiff may have against the Defendants inclusive of the existing affirmed Judgment, interest, court costs, attorneys fees and all other claims.

The parties agree as follows:

1. Defendants will pay to Plaintiff the amount of THREE MILLION AND NO/100 ($3,000,000.00) DOLLARS within fifteen (15) days of the execution of this Agreement and in exchange for a Stipulation of Dismissal and a Release of all claims signed by the Plaintiff.

2. The Plaintiff, in exchange for the receipt of the sum of money referred to in paragraph one, will execute and deliver to Defendants a Stipulation of Dismissal of all claims signed by the Plaintiff in accordance with the form attached hereto as Exhibit "A" and will execute and deliver a Release of all Claims in the form attached hereto as Exhibit "B".

3. The parties hereto agree that in the event of breach by either party, this Agreement may be enforced by a Judgment of the Court.

This the 7th day of June, 2001.

ROGER EDMONDSON

BY: _____
GEORGE WARD HENDON
ADAMS, HENDON, CARSON,
CROW & SAENGER, P.A.
Attorney & Authorized Agent for Plaintiff
P.O. Box 2714
Asheville, NC 28802
(828) 252-7381

AMERICAN MOTORCYCLE ASSOCIATION, INC.
and PARADAMA PRODUCTIONS, INC.

BY: _____
JAMES W. WILLIAMS
ROBERTS & STEVENS, P.A.
Attorney & Authorized Agent for Defendants
P.O. Box 7647
Asheville, NC 28802
(828) 252-6600

# NOTE:

# THIS IS A PARTIALLY SCANNED DOCUMENT.

# PLEASE SEE THE CASE FILE FOR ATTACHMENTS, EXHIBITS, AFFIDAVITS OR OTHER MATERIAL WHICH HAS NOT BEEN SCANNED.